MARCH 03, 2008

Livingston Bernard
09997-067
Federal Correctional Complex - Medium
Beaumont, Texas 77720-6040
D.C. No. 1:CR-00-023-03

---

United States District J. William W. Caldwell
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108



---

Dear Honorable Judge Caldwell,

    I am respectfully asking for your assistance in this matter. I would like you to appoint me an attorney to file for my two-level reduction under the crack cocaine Guideline amendment.

    Sir, I can't afford to pay a lawyer to assist me in this legal proceeding, so I am taking the step of asking you for assistance.

    Thank you for taking time out to read my correspondence. I trust you will be able to help me get an attorney.

                                              Sincerely,

                                              Livingston Bernard



Livingston Bernard # 09997-067
Federal Correctional Institution - Medium
P.O. Box 26040
Beaumont, TX 77720-6040

Hon. William W. Caldwell
U.S. District Judge
U.S. Courthouse
228 Walnut Street
P.O. Box 983
Harrisburg, PA 17108

*** LEGAL MAIL ***

17108+0383