IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:00-CR-00023 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| LIVINGSTON BERNARD | : | (Electronically Filed) |

**CERTIFICATE OF CONCURRENCE / NON-CONCURRENCE**

I, Heidi R. Freese of the Federal Public Defender's Office, do hereby certify that the United States will file a separate response outlining the extent of their concurrence/non-concurrence.

Date: May 15, 2008         */s/ Heidi R. Freese*
                           HEIDI R. FREESE, ESQUIRE
                           Asst. Federal Public Defender
                           Attorney ID #PA87668
                           100 Chestnut Street, Suite 306
                           Harrisburg, PA 17101
                           Tel. No. (717) 782-2237
                           Fax No. (717) 782-3881
                           <heidi_freese@fd.org>
                           *Attorney for Livingston Bernard*