IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:00-CR-00023 |
| | : | |
| v. | : | (Judge Caldwell) |
| | : | |
| LIVINGSTON BERNARD | : | (Electronically Filed) |

### ORDER OF COURT

**AND NOW** this _____ day of May, 2008, upon consideration of the defendant's Motion for Relief Under 18 § 3582(c)(2),

**IT IS HEREBY ORDERED** that this motion is **GRANTED**. The defendant's sentence is amended to 121 months imprisonment. All other aspects of the original judgment imposed on January 3, 2001, remain in effect.

BY THE COURT:

_____
WILLIAM W. CALDWELL
United States District Judge