AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Livingston Bernard | ) Case No: 1:00-CR-023-03 |
| | ) USM No: 09997-067 |
| Date of Previous Judgment: January 3, 2001 | ) Heidi R. Freese, Assistant Public Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
 ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __151__ months **is reduced to** __121 months__ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:      33                  Amended Offense Level:      31
Criminal History Category:   II                  Criminal History Category:  II
Previous Guideline Range:    151 to 188 months   Amended Guideline Range:    121 to 151 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
This order disposes of doc. 130.

FILED
...SBURG, PA
MAY 1 6 2008
_____ CLERK
Deputy Clerk

Except as provided above, all provisions of the judgment dated __Jan. 3, 2001__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __May 15, 2008__         _____
                                     Judge's signature

Effective Date: _____      William W. Caldwell, United States District Judge
(if different from order date)       Printed name and title